THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK HARDY, Appellant. [869 NYS2d 351]

The defendant's valid and unrestricted waiver of his right to appeal, executed as part of his plea agreement, precludes review of his claim that the sentence imposed was excessive (*see People v Lopez,* 6 NY3d 248, 255 [2006]; *People v Finn,* 56 AD3d 490 [2008]). Fisher, J.P., Covello, Balkin and Belen, JJ., concur.